### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**WANDA WALKER**                                                                                       **PLAINTIFF**

**v.**                                      **Case No. 4:15-cv-00542 KGB**

**GITANJANLI RETAIL, USA, INC.,**
**SAMUELS JEWELERS, INC., and**
**ROGERS JEWELERS, INC.**                                                                  **DEFENDANTS**

### ORDER

Before the Court is the joint motion to dismiss (Dkt. No. 38). The parties represent that this matter has settled and ask the Court to incorporate into this Order by reference the terms of the Settlement Agreement, dismiss this case with prejudice, and retain jurisdiction to enforce the Settlement Agreement. For good cause shown, the Court grants the joint motion to dismiss, incorporates by reference the terms of the Settlement Agreement, dismisses this action with prejudice, and retains jurisdiction to enforce the Settlement Agreement. The Court denies all pending motions in this matter as moot.

So ordered this 6th day of February, 2017.

_____
Kristine G. Baker
United States District Judge